

STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation

|  |  |  |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | DISTRICT OF ARIZONA (PHOENIX) |
|  | : |  |
| INLAND OASIS GROUP, INC. | : |  |
|  | : | Case No. 2:17-BK-13376-mcw |
|  | : |  |
| Debtor. | : | **ASSIGNMENT OF ESTATE'S INTEREST IN ENTITY** |

**FILED**

AUG 1 6 2018

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## ASSIGNMENT OF ESTATE'S INTEREST IN ENTITY

For good and valuable consideration ($2,900.00), the receipt and sufficiency of which is hereby acknowledged, Jill H. Ford, Chapter 7 Trustee (the "Trustee" or "Assignor") of the bankruptcy estate of Theresa Lynne Dotts (the "Debtor"), Case No. 2:18-bk-01164-BKM, transfers and assigns to SM Financial Services Corporation (the "Assignee") all of Debtor's rights, title and interest in and to the following entity (the "Entity"):

1. Inland Oasis Group, Inc. Debtor asserts an unknown percentage interest in Inland Oasis Group, Inc., which owns/operates "The Reef" bar and restaurant at 2041 N. Arizona Ave. Chandler, AZ 85225. Inland Oasis Group, Inc. is in its own chapter 11 bankruptcy in Arizona, Case No. 2:17-bk-13376-MCW.

Debtor's interest in the Entity is referred to herein collectively as the "Interest". The assignment and transfer of the Interest is made pursuant to and subject to the terms and conditions set forth in that certain *Notice of Trustee's Sale* (the "Notice"), filed with the United States Bankruptcy Court for the District of Arizona in Case No. 2:18-bk-01164-BKM on April 27, 2018, at Docket No. 24.

The purchase and assignment of the Interest is "as is, where is" with no warranties or representations made or implied. Inland Oasis Group, Inc. has filed for Chapter 11 in the United States Bankruptcy Court for the District of Arizona, Case No. 2:17-bk-13376-MCW. The Interest is subject to all liens, claims and interests, including, but not limited to, any restrictions which may be imposed pursuant to the bankruptcy proceeding of Inland Oasis Group, Inc., by any shareholder agreement or other applicable agreements. This assignment and transfer of the Interest is made separate from any certificate(s) evidencing the Interest and the Trustee hereby irrevocably constitutes and appoints the Assignee, as attorney-in-fact for Trustee for the sole and exclusive purpose of transferring the Interest on the books and records of the Entity in accordance with this Assignment. This Assignment is made without recourse and without any representation or warranty of any kind or nature, whether expressed or implied and without any duty or requirement of any kind on behalf of the Trustee or her counsel to establish, defend, support the Interests or take any action to ensure that the Interest is assigned to Assignee by the Entity. In accepting this Assignment, Assignee acknowledges that Assignee has performed whatever due diligence and investigation that Assignee deemed necessary or appropriate prior to the acceptance of this Assignment. The terms of this Assignment shall be binding upon, and shall inure to the benefit of Assignor, Assignee and their respective successors and assigns.

Dated: 6-20-18

*Jill H. Ford*
Jill H. Ford, Trustee of the Chapter 7
Bankruptcy Estate of Theresa Lynne Dotts